JACK H. STACY, PLAINTIFF-RESPONDENT, v. DAVID GREENBERG, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. George F. Lahey, Jr.*, for the petitioners.

*Messrs. McGlynn, Weintraub & Stein* for the respondents.

October 5, 1953.   Granted.

E. DONALD HARRISON, PETITIONER-RESPONDENT, v. EDWARD H. STANTON, RESPONDENT-PETITIONER.

*Messrs. Cox & Walburg* and *Mr. Arthur F. Mead* for the petitioner.

*Messrs. Gilhooly, Yauch & Fagan* for the respondent.

October 5, 1953.   Granted.